IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 13-22274 JAD |
| Matthew W. Cathers | ) | |
| Christie L. Cathers | ) | |
| Debtor (s) | ) | |
| Matthew W. Cathers | ) | Chapter 13 |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Doc No. 64 |
| | ) | |
| No Respondents | ) | Hearing: 11/2/16 at 9:00 AM |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S
APPLICATION TO EMPLOY COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Application* filed on  **September 13, 2016**  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than  **September 30, 2016** .

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  October 3, 2016

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 795-2223
lowdenscott@gmail.com