IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 13-22274 JAD |
| Matthew W. Cathers ) | |
| Christie L. Cathers ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Matthew W. Cathers ) | |
| ) | Related to Doc No. 68 |
| Movant(s) ) | |
| v. ) | Hrg: 11/2/16 at 9:00 AM |
| No Respondents ) | |
| ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL**

    I certify under penalty of perjury that I served the above captioned document(s) on the parties at the addresses specified below or on the attached list on (date)  October 6, 2016

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and/or Electronic Notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  October 6, 2016

                                                                    By:     /s/ Scott R. Lowden
                                                                                  Scott R. Lowden
                                                                                  PA ID No. 72116
                                                                                 Rice & Associates Law Firm
                                                                                 15 W. Beau Street
                                                                                 Washington, PA 15301
                                                                                 (412) 795-2223
                                                                                 lowdenscott@gmail.com

Service by NEF:

US Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Via US Postal Service First-class Mail:

C. Edward Amos, II, Esq.
Scott S. Segal, Esq.
810 Kanawha Blvd East
Charleston, WV 25301

Gregory Farmerie
c/o Cynthia J. Van Stafford, Esq.
256 High Street
PO Box 842
Morgantown, WV 26507

Matthew Cathers
106 Neiderhiser Rd.
Mt. Pleasant, PA 15666

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail". The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.