**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 13-22274-JAD |
| Matthew W. Cathers | ) | |
| Christie L. Cathers | ) | |
|     Debtor(s) | ) | |
| | ) | Chapter 13 |
| Matthew W. Cathers | ) | |
| | ) | |
|     Applicant(s) | ) | Related To Doc. # 64 |
| | ) | |
| vs. | ) | |
| No Respondents | ) | |
|     Respondent(s) | ) | |

**ORDER EMPLOYING SPECIAL COUNSEL**

AND NOW, this __4th__ day of __Octb__ 2016, upon consideration of the within Application to Employ Special Counsel, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. **C. Edward Amos, II, Esquire and Scott S. Segal, Esq., of 810 Kanawha Blvd East, Charleston, WV 25301** are hereby appointed as **Special Counsel** for the Estate/Debtor pursuant to the terms (including compensation terms) described in the **Contract for Legal Representation** attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a claim in regards to the Debtor's claim regarding the Estate of Christie Lynn Benedict Cathers for a police shooting and wrongful death, provided however, no settlement of any claim is to occur without prior Court Order after notice and hearing. **No estate property may be used to compensate Attorney Amos, II or Attorney Scott S. Segal without further Order of Court.**

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to the acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

3. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

4. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

10-4-2016

Jeffery A. Deller
Chief United States Bankruptcy Judge

Case Administrator to mail to:
    Debtor
    Counsel

FILED
10/4/16 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 13-22274-JAD
Matthew Wayne Cathers                                          Chapter 13
Christie Lynn Cathers
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy             Page 1 of 1          Date Rcvd: Oct 04, 2016
                              Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db/jdb         +Matthew Wayne Cathers,    Christie Lynn Cathers,    106 Neiderhiser Road,
                 Mt. Pleasant, PV 15666-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, et al. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Rice    on behalf of Joint Debtor Christie Lynn Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Matthew Wayne Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Matthew Wayne Cathers niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Christie Lynn Cathers niclowlgl@comcast.net
              Theresa A. Roozen    on behalf of Creditor    The Washington Hospital / Washington Health System
               theresa.roozen@klgates.com
                                                                                              TOTAL: 9