Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew Wayne Cathers**
**Christie Lynn Cathers**
   Debtor(s)

Bankruptcy Case No.: 13–22274–JAD
Doc. # 71
Chapter: 13
Docket No.: 72 – 71
Concil. Conf.: January 26, 2017 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 3, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 17, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 26, 2017** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 18, 2016

                                                    Jeffery A. Deller
                                                  United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 13-22274-JAD
Matthew Wayne Cathers                                               Chapter 13
Christie Lynn Cathers
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Nov 18, 2016
                              Form ID: 410                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +Matthew Wayne Cathers,    Christie Lynn Cathers,    106 Neiderhiser Road,
                 Mt. Pleasant, PV 15666-2495
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +Auto Trakk, LLC d/b/a Lycoming Auto Trust,    1500 Sycamore Road,    Suite 200,
                 Montoursville, PA 17754-9416
sp             +C. Edward Amos,    810 Kanawha Blvd. East,    Charleston, WV 25301-2807
intp          #+Rock Water Energy Solutions,    Attn: Payroll Department,    2800 Post Oak Blvd., Suite 4500,
                 Houston, TX 77056-6176
sp             +Scott S. Segal,    810 Kanawha Blvd. East,    Charleston, WV 25301-2807
13646928       +Ambulance & Chair Service,    50 W. Wheeling St.,    Washington, PA 15301-6918
13651506       +Auto Trakk, LLC,    1500 Sycamore Road,   Suite 200,    Montoursville, PA 17754-9416
13646930       +BAC Home Loans / Countrywide,    c/o Michael T McKeever, Esq.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13646931       +Cameron Estates Homeowners Assn.,    c/o Matthew D Racunas, Esq.,    1714 Lincoln Way,
                 White Oak, PA 15131-1716
13686497       +Cameron Estates Homeowners Association,    c/o Elite Management Services, Inc.,
                 138 N. McDonald Street, Suite 200,    McDonald, PA 15057-1290
13646932       +Columbia Gas,    P.O. Box 910,    Smithfield, PA 15478-0910
13646934       +Cottman Transmission,    1129 Maple Avenue,    Washington, PA 15301-1209
13646935       +Credit Coll USA / Dr Bryan Donohue,    Ccsusa/Attn:Bankruptcy,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
13646936       +Dept of Labor,    Commonwealth of PA,   P.O. Box 67503,    Harrisburg, PA 17106-7503
13646937        East Washington Joint Authority,    Washington, PA 15301
13646938       +Emergency Care Phys of Washington,    P.O. Box 37716,    Philadelphia, PA 19101-5016
13646939       +Erie Insurance,    301 Commonwealth Drive,    Warrendale, PA 15086-7508
13646940       +Midland Funding / GE Money Bank,    c/o Hayt Hayt & Landau,    123 S Broad Stret, Suite 1660,
                 Philadelphia, PA 19109-1003
13683074       +Office of Chief Counsel,    Unemployment Compensation Division,
                 Labor and Industry Building, 10th Floor,    651 Boas Street,    Harrisburg, Pa 17121-0725
13721937       +Random Properties Acquistion Corp III,    P.O. Box 55004,    Irvine, CA 92619-5004
13646943       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13646947       +WEWJA,    60 East Beau Street,    Washington, PA 15301-4712
13646945       +Washington Hospital,    155 Wilson Ave.,    Washington, PA 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13650905       +E-mail/Text: g20956@att.com Nov 19 2016 01:53:01      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                 Bedminster, NJ 07921-2693
13646929       +E-mail/Text: rbaldwin@autotrakk.com Nov 19 2016 01:53:29      Autotrack LLC,
                 1500 Sycamore Road,    Suite 200,   Montoursville, PA 17754-9416
13646933       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2016 01:51:56      Commonwealth of PA,
                 Dept. of Revenue,    Dept 280948,   Harrisburg, PA 17128-0001
13646941       +E-mail/Text: csc.bankruptcy@amwater.com Nov 19 2016 01:53:15      PA American Water Co.,
                 P.O. Box 578,    Alton, IL 62002-0578
13646942       +E-mail/Text: bankruptcy@sw-credit.com Nov 19 2016 01:52:08
                 Southwest Credit System / AT&T Mobile,    4120 International Parkway Suite 1100,
                 Carrollton, TX 75007-1958
13646946       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 19 2016 01:52:21      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
cr              The Washington Hospital / Washington Health System
intp          ##+Pacific Process System, Inc.,    Attn: Payroll Dept.,    841 Lynn Portal Road,
                 Washington, PA 15301-9325
13646944      ##+Washington Animal Hospital,    457 Tyler Avenue,    Washington, PA 15301-3842
                                                                                              TOTALS: 3, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: msch              Page 2 of 2            Date Rcvd: Nov 18, 2016
                              Form ID: 410            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, et al. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Rice    on behalf of Debtor Matthew Wayne Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Christie Lynn Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Matthew Wayne Cathers niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Christie Lynn Cathers niclowlgl@comcast.net
              Theresa A. Roozen    on behalf of Creditor    The Washington Hospital / Washington Health System
               theresa.roozen@klgates.com
                                                                                             TOTAL: 9
```