**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew Wayne Cathers** | : | Case No. 13–22274–JAD |
| **Christie Lynn Cathers** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 71 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     **AND NOW,** this **19th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-22274-JAD
Matthew Wayne Cathers                                                           Chapter 13
Christie Lynn Cathers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2             Date Rcvd: Jan 19, 2017
                             Form ID: 309           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
```
db/jdb        +Matthew Wayne Cathers,   Christie Lynn Cathers,   106 Neiderhiser Road,
               Mt. Pleasant, PV 15666-2495
aty           +vdel3,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
               Pittsburgh, PA 15219-2719
cr            +Auto Trakk, LLC d/b/a Lycoming Auto Trust,   1500 Sycamore Road,   Suite 200,
               Montoursville, PA 17754-9416
sp            +C. Edward Amos,   810 Kanawha Blvd. East,   Charleston, WV 25301-2807
intp          #+Rock Water Energy Solutions,   Attn: Payroll Department,   2800 Post Oak Blvd., Suite 4500,
               Houston, TX 77056-6176
sp            +Scott S. Segal,   810 Kanawha Blvd. East,   Charleston, WV 25301-2807
13646928      +Ambulance & Chair Service,   50 W. Wheeling St.,   Washington, PA 15301-6918
13651506      +Auto Trakk, LLC,   1500 Sycamore Road,   Suite 200,   Montoursville, PA 17754-9416
13646930      +BAC Home Loans / Countrywide,   c/o Michael T McKeever, Esq.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13646931      +Cameron Estates Homeowners Assn.,   c/o Matthew D Racunas, Esq.,   1714 Lincoln Way,
               White Oak, PA 15131-1716
13686497      +Cameron Estates Homeowners Association,   c/o Elite Management Services, Inc.,
               138 N. McDonald Street, Suite 200,   McDonald, PA 15057-1290
13646932      +Columbia Gas,   P.O. Box 910,   Smithfield, PA 15478-0910
13646934      +Cottman Transmission,   1129 Maple Avenue,   Washington, PA 15301-1209
13646935      +Credit Coll USA / Dr Bryan Donohue,   Ccusa/Attn:Bankruptcy,   16 Distributor Dr Ste 1,
               Morgantown, WV 26501-7209
13646936      +Dept of Labor,   Commonwealth of PA,   P.O. Box 67503,   Harrisburg, PA 17106-7503
13646937       East Washington Joint Authority,   Washington, PA 15301
13646938      +Emergency Care Phys of Washington,   P.O. Box 37614,   Philadelphia, PA 19101-5016
13646939      +Erie Insurance,   301 Commonwealth Drive,   Warrendale, PA 15086-7508
13646940      +Midland Funding / GE Money Bank,   c/o Hayt Hayt & Landau,   123 S Broad Stret, Suite 1660,
               Philadelphia, PA 19109-1003
13683074      +Office of Chief Counsel,   Unemployment Compensation Division,
               Labor and Industry Building, 10th Floor,   651 Boas Street,   Harrisburg, Pa 17121-0725
13721937      +Random Properties Acquistion Corp III,   P.O. Box 55004,   Irvine, CA 92619-5004
13646943      +UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
13646947      +WEWJA,   60 East Beau Street,   Washington, PA 15301-4712
13646945      +Washington Hospital,   155 Wilson Ave.,   Washington, PA 15301-3398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13650905      +EDI: CINGMIDLAND.COM Jan 20 2017 01:33:00    AT&T Mobility II LLC,   % AT&T Services, Inc,
               Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A231,   Bedminster, NJ 07921-2693
13646929      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 01:45:24    Autotrack LLC,
               1500 Sycamore Road,   Suite 200,   Montoursville, PA 17754-9416
13646933      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 01:44:21    Commonwealth of PA,
               Dept. of Revenue,   Dept 280948,   Harrisburg, PA 17128-0001
13646941      +E-mail/Text: csc.bankruptcy@amwater.com Jan 20 2017 01:45:16    PA American Water Co.,
               P.O. Box 578,   Alton, IL 62002-0578
13646942      +EDI: SWCR.COM Jan 20 2017 01:33:00    Southwest Credit System / AT&T Mobile,
               4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
13646946      +E-mail/Text: bankruptcy@firstenergycorp.com Jan 20 2017 01:44:39    West Penn Power,
               800 Cabin Hill Drive,   Greensburg, PA 15606-0001
                                                                                          TOTAL: 6
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BANK OF AMERICA, N.A.
cr             CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
cr             The Washington Hospital / Washington Health System
intp          ##+Pacific Process System, Inc.,   Attn: Payroll Dept.,   841 Lynn Portal Road,
               Washington, PA 15301-9325
13646944      ##+Washington Animal Hospital,   457 Tyler Avenue,   Washington, PA 15301-3842
                                                                          TOTALS: 3, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel             Page 2 of 2              Date Rcvd: Jan 19, 2017
                              Form ID: 309            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, et al. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Rice   on behalf of Debtor Matthew Wayne Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice   on behalf of Joint Debtor Christie Lynn Cathers ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              Scott R. Lowden   on behalf of Debtor Matthew Wayne Cathers niclowlgl@comcast.net
              Scott R. Lowden   on behalf of Joint Debtor Christie Lynn Cathers niclowlgl@comcast.net
              Theresa A. Roozen   on behalf of Creditor   The Washington Hospital / Washington Health System
               theresa.roozen@klgates.com
                                                                                        TOTAL: 9
```