**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/26/2017

IN RE:

| | |
|---|---|
| MATTHEW WAYNE CATHERS<br>CHRISTIE LYNN CATHERS<br>106 NEIDERHISER ROAD<br>MT. PLEASANT, PA 15666<br>XXX-XX-3316      Debtor(s)<br><br>XXX-XX-2850 | Case No.13-22274 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/26/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **AUTO TRAKK**<br>1500 SYCAMORE RD STE 200<br><br>MONTOURSVILLE, PA 17754 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 12,495.61<br>COMMENT: SURR/PL-CONF*466.79X48+2=LMT*W/22*DKT*PIF~INSUR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8036 |
| **RUSHMORE LOAN MANAGEMENT SVCS LLC**<br>ATTN BKRPTCY DEPT<br>POB 52708<br>IRVINE, CA 92619-2708 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL@BAC*CL=357006.72*RANDOM PROP ACQ | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 6753 |
| **CAMERON ESTATES HOMEOWNERS ASSOC**<br>C/O ELITE MGMNT SVCS<br>138 N MCDONALD ST STE #200<br>MCDONALD, PA 15057-1290 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*CL=635.05*ASSOCIATION FEES | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: UNKNOWN |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 201010502: 10/SCH*1725/PL*PIF/CRED | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0502 |
| **AMBULANCE AND CHAIR++**<br>POB 17<br><br>BEALLSVILLE, PA 15313 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 197791DOS |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 18568353 |
| **COTTMAN TRANSMISSION**<br>3041 W 26TH ST<br><br>ERIE, PA 16506 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20044254 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 262980801 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OVE**<br>OFFICE OF UC BENEFITS POLICY<br>UI PAYMENT SERVICES<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 14,394.76<br>COMMENT: 0994102/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3316 |
| **WASHINGTON/EAST WASHINGTON JOINT AUTH**<br>POB 510<br><br>WASHINGTON, PA 15301 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1900120804 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **EMERGENCY CARE PHYSCNS OF WSHG**<br>POB 37716<br><br>PHILADELPHIA, PA 19101 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0740985000335152 |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br><br>ERIE, PA 16530 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CV13412 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA 92108 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*JUDGMENT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CV12711 |
| **PENNSYLVANIA-AMERICAN WTR CO***<br>300 GALLEY RD*<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 168.48<br>COMMENT: 2449/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5244 |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br><br>CARROLLTON, TX 75007 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*AT&T MOBILE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 38658963 |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20102143310111001 |
| **WASHINGTON ANIMAL HOSPTIAL**<br>457 TYLER AVE<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4711 |
| **WASHINGTON HOSPITAL**<br>155 WILSON AVENUE<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:3-2<br><br>CLAIM: 227.23<br>COMMENT: AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0034 |
| **WEST PENN POWER****<br>1310 FAIRMONT AVE<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000969886722 |
| **WASHINGTON/EAST WASHINGTON JOINT AUTH**<br>POB 510<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1900120804 |

Case 13-22274-JAD    Doc 76    Filed 01/27/17    Entered 01/27/17 15:07:22    Desc

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br><br>BEDMINSTER, NJ  07921 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 206.57<br>COMMENT: NT/SCH*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7371 |
| **AUTO TRAKK**<br>1500 SYCAMORE RD STE 200<br><br>MONTOURSVILLE, PA  17754 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: CL BAL:3723*W/1 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8036 |
| **AUTO TRAKK**<br>1500 SYCAMORE RD STE 200<br><br>MONTOURSVILLE, PA  17754 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL-CONF*113.11/CL*LEASE ARRS*dk | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8036 |

Case 13-22274-JAD    Doc 76    Filed 01/27/17    Entered 01/27/17 15:07:22    Desc
Page 5 of 5