**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MATTHEW WAYNE CATHERS
    CHRISTIE LYNN CATHERS
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:13-22274 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/29/2013  and confirmed on 07/23/2013 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,250.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,250.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,043.99 | |
|     Trustee Fee | 733.30 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,777.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RUSHMORE LOAN MANAGEMENT SVCS L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6753 | | | | |
|   CAMERON ESTATES HOMEOWNERS ASS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXNOWN | | | | |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW WAYNE CATHERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 1,343.99 | 1,343.99 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-16 | | | | |
|   AUTO TRAKK | 12,495.61 | 12,495.61 | 0.00 | 12,495.61 |
|     Acct: 8036 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0502 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| AUTO TRAKK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8036 | | | | |
| AUTO TRAKK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8036 | | | | |
| | | | | 12,495.61 |
| **Unsecured** | | | | |
| AMBULANCE AND CHAIR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1DOS | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8353 | | | | |
| COTTMAN TRANSMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX4254 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0801 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 14,394.76 | 2,857.54 | 0.00 | 2,857.54 |
| Acct: 3316 | | | | |
| WASHINGTON/EAST WASHINGTON JOINT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0804 | | | | |
| EMERGENCY CARE PHYSCNS OF WSHG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX5152 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3412 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2711 | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | 168.48 | 33.45 | 0.00 | 33.45 |
| Acct: 5244 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8963 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX1001 | | | | |
| WASHINGTON ANIMAL HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4711 | | | | |
| WASHINGTON HOSPITAL | 227.23 | 45.11 | 0.00 | 45.11 |
| Acct: 0034 | | | | |
| WEST PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX6722 | | | | |
| WASHINGTON/EAST WASHINGTON JOINT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0804 | | | | |
| AT & T MOBILITY II LLC | 206.57 | 41.00 | 0.00 | 41.00 |
| Acct: 7371 | | | | |
| | | | | 2,977.10 |

TOTAL PAID TO CREDITORS                                           15,472.71

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 12,495.61 |
| SECURED | 0.00 |
| UNSECURED | 14.997.04 |

Date: 04/11/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com